IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-111-Y<br>ECF |
| MARK ANTHONY PAPE (01) | |

## EXPERT DESIGNATION

THE UNITED STATES OF AMERICA files this designation of expert witnesses pursuant to the Court's scheduling order and would show the Court the following:

1. **James Willingham**
   Forensic Examiner
   Fort Worth PD
   Fort Worth, Texas

This witness can provide expert testimony regarding the forensic examination of the defendant's cell phone, computers, external hard drives, and any other storage media seized from his home by Fort Worth PD; the methods used to examine the electronic devices, the analysis, and the evidence obtained from the defendant's computer, hardware and software, external hard drive, and other seized items.

2. **Amanda Johnson**
   Special Agent
   Homeland Security Investigations
   Dallas, Texas

This witness has specialized knowledge regarding internet child exploitation investigations.

**Designation of Experts - Page 1**

3. **Robert Young**
   Hood County Investigator
   Granbury, Texas

This witness can testify as an expert regarding process used for, and results of, known fingerprint comparisons of the defendant and the defendant's prior conviction.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of June, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: Angela Saad.

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney