## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:14-CR-111-Y |
| | § | |
| MARK ANTHONY PAPE | § | |

### DEFENDANT MARK ANTHONY PAPE'S
### UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES MARK ANTHONY PAPE, Defendant in the above styled cause of action, and files this his Unopposed Motion to Continue Trial and would show the court the following:

1. Defendant Pape would show that the case is presently set for trial on October 20, 2014.

2. Defense counsel requests a continuance for the following reasons: the undersigned counsel was appointed to represent Mr. Pape on August 20, 2014 and trial is set for October 20, 2014.

3. The undersigned contacted Ms. Aisha Saleem, Assistant U. S. Attorney responsible for this case, to determine whether she had any conflicts within the next 90 days. Ms. Saleem stated that she has no conflicts within the next 90 days and would be available whenever the case is reset. The undersigned attorney requests that this case be set for trial in the next 60 days.

4. Defendant counsel contacted the Assistant United States Attorney Aisha Saleem on August 27, 2014.  Ms. Saleem indicated by telephone conference that she is not opposed to this Motion.

5. Defendant also requests all previous deadlines and settings be rescheduled to accommodate the rescheduled trial date.

6. Defendant would show that said Motion for Continuance is not sought for delay, but so that justice may be done.

    WHEREFORE, PREMISES CONSIDERED, Defendant prays that said Motion be granted in all things, that said case be reset on the Court's docket and that he be excused from having to appear as currently scheduled.

    Respectfully submitted,

    Stickels & Associates, P.C.
    P. O. Box 121431
    Arlington, Texas  76012
    Phone:  (817)  479-9282
    Fax: (817) 622-8071
    john@stickelslaw.com

    BY: /S/ John W. Stickels
    John W. Stickels
    State Bar No. 19225300
    Attorney for MARK ANTHONY PAPE

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Document on the Assistant United States Attorney Aisha Saleem on September 5, 2014.

/S/ John W. Stickels
John W. Stickels

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 27, 2014, I contacted Assistant United States Attorney Aisha Saleem to determine whether she would or would not oppose the foregoing Motion for Continuance. Ms. Saleem indicated by telephone conference that she is not opposed to this Motion.

/S/ John W. Stickels
John W. Stickels