IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:14-CR-111-Y  ECF |
| MARK ANTHONY PAPE (01) | |

GOVERNMENT'S RESPONSE TO PAPE'S MOTION
TO CONTINUE TRIAL

TO THE HONORABLE TERRY R. MEANS, UNITED STATES DISTRICT JUDGE:

The United States, acting by and through the undersigned Assistant United States Attorney for the Northern District of Texas, hereby submits this response to Pape's Motion to Continue Trial:

The government does not object to the Defendant's request. The government has no other conflicts at this time for the 90-day period following October 20, 2014.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: aisha.saleem@usdoj.gov

**Response to Motion to Continue Trial - Page 1**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 5th day of September, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: John Stickels.

                                      */s/ Aisha Saleem*
                                      AISHA SALEEM
                                      Assistant United States Attorney