IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**O R I G I N A L**

4:14-CR-111-Y

| |
|---|
| **UNITED STATES OF AMERICA** |
| **VS** |
| **MARK ANTHONY PAPE (1)** |

**ORDER OF REFERRAL FOR REARRAIGNMENT AND RECEIPT OF GUILTY PLEA**

The above-styled and numbered cause is hereby set for rearraignment[1] at **9:30 a.m.** on **October 15, 2014**, before MAGISTRATE JUDGE JEFFREY L. CURETON. **All attorneys must be in Court by 9:00 a.m. to insure a timely start of the rearraignment hearing**. The attorneys for the parties shall ensure that any plea agreement, the factual resume, and any other papers needed for the rearraignment are signed and returned to the U.S. attorney's office no later than 12:00 noon two days before the plea is to be received (e.g., by 12:00 noon on **Monday** before a **Wednesday**-morning plea). By 4:00 p.m. on the same day, the U.S. attorney must email, as an attachment, to Judge Means' courtroom deputy, Carmen Bush, a copy of any plea agreement and factual resume signed by the defendant and received by the U.S. attorney pursuant to this order. If the U.S. attorney does not email, as an attachment, a copy of any plea agreement and factual resume, this order will be vacated, the case will return to Judge Means's trial docket, and all deadlines (e.g., for filing exhibits and witness lists and exchanging exhibits) will remain in effect.

Defense counsel shall immediately notify Carmen Bush at 817-850-6673, if an interpreter will be needed at the rearraignment.

SIGNED October 10, 2014.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] If the defendant enters a plea of guilty on the above set date, the defendant will be removed from the Court's trial docket dated November 17, 2014.