UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
MINUTE ORDER

| | |
|---|---|
| Type hearing: | Rearraignment - NON-EVIDENTIARY ~~Reset~~ *Continued* |
| Case number: | 4:14-CR-111-Y |
| Defendant: | MARK ANTHONY PAPE (1), sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | |
| US attorney: | Aisha Saleem |
| Defense attorney: | John W Stickels |
| Time in Court: | 20 min |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | October 15, 2014 |
| Status: | ~~Defendant enters a plea of guilty to count(s) one and two of the two-count indictment~~ Rearraignment Reset to 10-29-14 @ 9:30 am Before Magistrate Judge Cureton<br>Deft TBS: 10:00 a.m., February 12, 2015<br>PSI Referral Form to defendant's attorney<br>~~Scheduling Order to follow~~<br>Deft's detention continued |
| Hearing concluded: | ~~Yes~~ no |
| Deputy Clerk: | Julie Harwell |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 15 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy