UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
MINUTE ORDER

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 29 2014

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | |
|---|---|
| Type hearing: | Rearraignment - **NON-EVIDENTIARY**, continued from 10/15/14 |
| Case number: | 4:14-CR-111-Y |
| Defendant: | MARK ANTHONY PAPE (1), sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | |
| US attorney: | Aisha Saleem |
| Defense attorney: | John W Stickels |
| Time in Court: | |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | October 29, 2014 |
| Status: | Defendant enters a plea of guilty to count(s) one and two of the two-count indictment<br>Deft TBS: 10:00 a.m., February 12, 2015<br>PSI Referral Form to defendant's attorney<br>Scheduling Order to follow<br>Deft's detention continued |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

*not Held* (handwritten)