IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:14-CR-111-Y<br>ECF |
| MARK ANTHONY PAPE (01) | |

GOVERNMENT'S RESPONSE TO PAPE'S UNOPPOSED MOTION
TO CONTINUE TRIAL

TO THE HONORABLE TERRY R. MEANS, UNITED STATES DISTRICT JUDGE:

The United States, acting by and through the undersigned Assistant United States Attorney for the Northern District of Texas, hereby submits this response to Pape's Motion to Continue Trial:

The government does not object to the Defendant's request.

Counsel for Pape correctly states the undersigned attorney's conflicts for the 90-day period following the November 17 trial setting: The undersigned expects to be in trial before this Court on November 17, 2014, and plans to attend training the week of December 8, 2014. Additionally, the government consulted with its computer forensic examiner and was advised that he has a medical appointment Friday, January 23, 2015, and that he will be out of the office February 4-6, 2015 for personal reasons.

**Response to Motion to Continue Trial - Page 1**

Therefore, the government requests the Court not schedule this matter for trial the week of January 19, 2015 or the week of February 2, 2015. The government has no other conflicts at this time for the 90-day period following November 17, 2014.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of October, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: John Stickels.

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney

**Response to Motion to Continue Trial - Page 2**