ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 21 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-111-Y |
| MARK ANTHONY PAPE (01) | (Supersedes indictment returned on May 21, 2014) |

SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Sexual Exploitation of Children
(Violation of 18 U.S.C. §§ 2251(a) and (e))

On or about February 9, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Mark Anthony Pape** did knowingly employ, use, persuade, and entice a minor, "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Pape** used a Huawei cellular phone and an Asus Laptop computer to produce the following visual depictions of Jane Doe, a minor engaged in sexually explicit conduct:

| Forensic file designation | Description |
|---|---|
| Vid_20140209_214743[1].mp4 | A video file in which **Pape** is engaged in genital/genital, digital/genital, and oral/genital intercourse with Jane Doe. |
| VID_20140209_214600.mpg | A video file depicting Jane Doe performing oral sexual intercourse on **Pape**. The video also depicts the female masturbating **Pape**. |
| 00001115_Unallocated Clusters_FO-8834187264_PS-17360704+0.jpg | A still image depicting Jane Doe performing oral sexual intercourse on an adult male. |

In violation of 18 U.S.C. §§ 2251(a) and (e).

<u>Count Two</u>
Sexual Exploitation of Children
(Violation of 18 U.S.C. §§ 2251(a) and (e))

Between March 2013 and February 6, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Mark Anthony Pape** did knowingly employ, use, persuade, and entice a minor, "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Pape** used a Sanyo camera and an Asus Laptop computer to produce the following visual depiction of a minor engaged in sexually explicit conduct:

| Forensic File Designation | Description of Image |
|---|---|
| PS-0113121056 SO-000-recovered.jpg | Still image of Jane Doe, standing, which appears to have been taken below Jane Doe, who is nude. The image focuses on the genitals of the nude female. |

In violation of 18 U.S.C. §§ 2251(a) and (e).

<u>Count Three</u>
Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about April 9, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Mark Anthony Pape** did knowingly possess matter that contains any visual depiction which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

Specifically, **Pape** possessed a Kingston thumb drive containing the following described five files visually depicting minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, to include prepubescent minors, as defined in 18 U.S.C. § 2256:

| Forensic file designation | Description of File |
|---|---|
| _4.jpg | Still image of a prepubescent female performing oral sexual intercourse on an adult male. |
| _9.jpg | Still image of a prepubescent female performing oral sexual intercourse on an adult male. |
| _0.jpg | Still image of a prepubescent female holding the erect penis of a male |
| Pussy_fuck_no12.mp4 | A video depicting sexual intercourse between a prepubescent female and an adult male. |
| 00001116_Unallocated Clusters_FO-8835104768_PS-17362496+0.jpg | Still image of fingers touching and spreading apart the genitals of a nude prepubescent minor |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

**Superseding Indictment – Page 4**

Count Four
Penalties For Registered Sex Offenders
(Violation of 18 U.S.C. § 2260A)

On or about February 9, 2014, in the Northern District of Texas and elsewhere, **Mark Anthony Pape**, defendant, being required by state law to register as a sex offender, did commit a felony offense involving a minor in violation of 18 U.S.C. § 2251, in that he knowingly used a minor to produce a visual depiction of the minor engaged in sexually explicit conduct.

In violation of 18 U.S.C. § 2260A.

Count Five
Penalties For Registered Sex Offenders
(Violation of 18 U.S.C. § 2260A)

Between March 1, 2013 and February 6, 2014, in the Northern District of Texas and elsewhere, **Mark Anthony Pape**, defendant, being required by state law to register as a sex offender, did commit a felony offense involving a minor in violation of 18 U.S.C. § 2251, in that he knowingly used a minor to produce a visual depiction of the minor engaged in sexually explicit conduct.

In violation of 18 U.S.C. § 2260A.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

MARK ANTHONY PAPE (01)

SUPERSEDING INDICTMENT

18 U.S.C. §§ 2251(a) and (e)
Sexual Exploitation of Children
(2 COUNTS)

18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)
Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct
(1 COUNT)

18 U.S.C. § 2260A
Penalties for Registered Sex Offenders
(2 COUNTS)

A true bill rendered:

DALLAS  _Angela Beard_ FOREPERSON

Filed in open court this 21st day of January, A.D. 2015.

Defendant in Custody

UNITED STATES MAGISTRATE JUDGE