IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-111-Y |
| MARK ANTHONY PAPE (01) | |

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Mobile Home | _____ | _____ | _____ |
| 2. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Entry | _____ | _____ | _____ |
| 3. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Entry | _____ | _____ | _____ |
| 4. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Hallway | _____ | _____ | _____ |
| 5. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Living area | _____ | _____ | _____ |
| 6. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Living area | _____ | _____ | _____ |
| 7. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Living area | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 8. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph computer area | _____ | _____ | _____ |
| 9. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph computer area | _____ | _____ | _____ |
| 10. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph computer table | _____ | _____ | _____ |
| 11. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph computer area | _____ | _____ | _____ |
| 12. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph computer area | _____ | _____ | _____ |
| 13. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph computer tower | _____ | _____ | _____ |
| 14. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph Pape's bedroom | _____ | _____ | _____ |
| 15. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph – Pape's bedroom - chest | _____ | _____ | _____ |
| 16. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph Pape's bedroom - chest | _____ | _____ | _____ |
| 17. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph Pape's bedroom – sd adapter | _____ | _____ | _____ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| 18. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Pape's bedroom | _____ | _____ | _____ |
| 19. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Pape's bedroom<br>e-machine | _____ | _____ | _____ |
| 20. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Pape's bedroom<br>File cabinet drawer | _____ | _____ | _____ |
| 21. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Acer laptop/tablet | _____ | _____ | _____ |
| 22. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Bathroom | _____ | _____ | _____ |
| 23. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>master bedroom | _____ | _____ | _____ |
| 24. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>master bedroom | _____ | _____ | _____ |
| 25. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>master bedroom | _____ | _____ | _____ |
| 26. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>master bedroom | _____ | _____ | _____ |
| 27. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>bedroom door | _____ | _____ | _____ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| 28. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Jane Doe's bedroom | _____ | _____ | _____ |
| 29. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Jane Doe's bedroom | _____ | _____ | _____ |
| 30. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Jane Doe's bedroom | _____ | _____ | _____ |
| 31. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Asus laptop | _____ | _____ | _____ |
| 32. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Asus laptop (back) | _____ | _____ | _____ |
| 33. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>E machine, thumb drive | _____ | _____ | _____ |
| 34. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Kingston thumb drive | _____ | _____ | _____ |
| 35. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Samsung phone | _____ | _____ | _____ |
| 36. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Huawei T-Mobile phone | _____ | _____ | _____ |
| 37. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Huawei T-Mobile phone | _____ | _____ | _____ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| 38. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Huawei T-Mobile phone | _____ | _____ | _____ |
| 39. | D. Martinez<br>L. Shelden<br>D. Hutchins | Photograph<br>Huawei T-Mobile phone | _____ | _____ | _____ |
| 40. | D. Martinez<br>L. Shelden<br>J. Willingham | Huawei phone<br>(physical evidence) | _____ | _____ | _____ |
| 41. | D. Martinez<br>L. Shelden<br>J. Willingham | SD card from phone<br>(physical evidence) | _____ | _____ | _____ |
| 42. | D. Martinez<br>L. Shelden<br>J. Willingham | Asus laptop<br>(physical evidence) | _____ | _____ | _____ |
| 43. | D. Martinez<br>L. Shelden<br>J. Willingham | e-machine<br>(physical evidence) | _____ | _____ | _____ |
| 44. | D. Martinez<br>L. Shelden<br>J. Willingham | Kingston thumb drive<br>(physical evidence) | _____ | _____ | _____ |
| 45. | J. Willingham | Forensic report<br>(physical evidence) | _____ | _____ | _____ |
| 46. | J. Willingham<br>A. Johnson | Vid_20140209_<br>214743[1].mp4 (count 1) | _____ | _____ | _____ |
| 47. | J. Willingham<br>A. Johnson | Vid_20140209_<br>214600.mpg (count 1) | _____ | _____ | _____ |
| 48. | J. Willingham<br>A. Johnson | 00001115_Unallocated Clusters_FO-8834187264_ PS-17360704+0.jpg (count 1) | _____ | _____ | _____ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| 49. | J. Willingham A. Johnson | PS-0113121056 SO-000-recovered.jpg (count 2) | _____ | _____ | _____ |
| 50. | J. Willingham A. Johnson | PS-0113121056 SO-000-recovered.txt (count 2 metadata for image) | _____ | _____ | _____ |
| 51. | J. Willingham A. Johnson | E539A016-5.jpg (index file pic w/ ct 2 image) | _____ | _____ | _____ |
| 52. | J. Willingham A. Johnson | _4.jpg (count 3) | _____ | _____ | _____ |
| 53. | J. Willingham A. Johnson | _9.jpg (count 3) | _____ | _____ | _____ |
| 54. | J. Willingham A. Johnson | _0.jpg (count 3) | _____ | _____ | _____ |
| 55. | J. Willingham A. Johnson | Pussy_fuck_no12.mp4 (count 3) | _____ | _____ | _____ |
| 56. | J. Willingham A. Johnson | 00001116_Unallocated Clusters_FO-8835104768_ PS-17362496+0.jpg (count 3) | _____ | _____ | _____ |
| 57. | J. Willingham A. Johnson | 00001116_Unallocated Clusters_FO-8835104768_ PS-17362496+0.txt (count 3 metadata for image) | _____ | _____ | _____ |
| 58. | J. Willingham A. Johnson | 91c2f58b54…jpg (Add'l Pic of Aprilblonde) | _____ | _____ | _____ |
| 59. | J. Willingham A. Johnson | c062fcdd04d6e54…jpg (Second Add'l Pic of Aprilblonde) | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 60. | J. Willingham<br>A. Johnson | 846939d18a075d4…jpg<br>(Third Add'l Pic of Aprilblonde) | _____ | _____ | _____ |
| 61. | J. Willingham<br>A. Johnson | 40b124057d8f334…jpg<br>[aka = 00001117_Unallocated Clusters_FO-8835891200_PS-17364032+0.jpg] (Add'l pic of Jane Doe - sheets) | _____ | _____ | _____ |
| 62. | J. Willingham<br>A. Johnson | _mfg.jpg<br>pic of minor from video | _____ | _____ | _____ |
| 63. | J. Willingham<br>A. Johnson | Kingston thumb drive directory | _____ | _____ | _____ |
| 64. | J. Willingham<br>A. Johnson | Disk - Kingston thumb drive evidence | _____ | _____ | _____ |
| 65. | J. Willingham<br>A. Johnson | Disk – Indictment images | _____ | _____ | _____ |
| 66. | J. Willingham<br>A. Johnson | Disk - Asus evidence | _____ | _____ | _____ |
| 67. | J. Willingham<br>A. Johnson | Capture. jpg<br>(directory on Asus for Vid_...214743[1].mp4) | _____ | _____ | _____ |
| 68. | J. Willingham<br>A. Johnson | 5f7d9d3306a8fa8…jpg<br>(same charged image ct 1 on Asus) | _____ | _____ | _____ |
| 69. | J. Willingham<br>A. Johnson | 0bba6956f8ae768…jpg<br>(Sanyo pic of Jane Doe, dressed) | _____ | _____ | _____ |
| 70. | J. Willingham<br>A. Johnson | 0bba6956f8ae768…txt<br>(metadata for image associated with 0bba695…) | _____ | _____ | _____ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| 71. | J. Willingham<br>A. Johnson | f5bd47672405268…jpg<br>(sanyo pic of Jane Doe, dressed) | _____ | _____ | _____ |
| 72. | J. Willingham<br>A. Johnson | f5bd47672405268…txt<br>(metadata for image associated with f5bd476…) | _____ | _____ | _____ |
| 73. | J. Willingham<br>A. Johnson | E539A016-4.jpg<br>(sanyo pic indexed file, Jane Doe) | _____ | _____ | _____ |
| 74. | J. Willingham<br>A. Johnson | 6bd384cc59…jpg<br>(sanyo pic indexed file, Jane Doe – bathing suit) | _____ | _____ | _____ |
| 75. | J. Willingham<br>A. Johnson | 0adb0689c2…jpg<br>(sanyo pic, defendant) | _____ | _____ | _____ |
| 76. | J. Willingham<br>A. Johnson | d52849cf15…jpg<br>(pic, defendant) | _____ | _____ | _____ |
| 77. | J. Willingham | images of Jane Doe<br>on ASUS /links to forensic report | _____ | _____ | _____ |
| 78. | J. Willingham<br>A. Johnson | Disk – evidence from<br>Patriot device | _____ | _____ | _____ |
| 79. | J. Willingham<br>A. Johnson | 20130531…jpg<br>Pic of def & Jane Doe (Facebook pic) | _____ | _____ | _____ |
| 80. | J. Willingham<br>A. Johnson | Directory structure<br>Patriot device | _____ | _____ | _____ |
| 81. | J. Willingham<br>A. Johnson | 20130606…jpg<br>Pic of def's face | _____ | _____ | _____ |
| 82. | self authenticating<br>S. Pape<br>R. Young | Guadalupe County court<br>records –2006 | _____ | _____ | _____ |
| 82A | self authenticating<br>S. Pape<br>R. Young | Waiver of trial rights | _____ | _____ | _____ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| 82B | self authenticating S. Pape R. Young | Order of adjudication | _____ | _____ | _____ |
| 82C | self authenticating S. Pape R. Young | Order of commitment | _____ | _____ | _____ |
| 82D | self authenticating S. Pape R. Young | Stipulation of evidence | _____ | _____ | _____ |
| 83. | R. Young A. Johnson | Fingerprints of Pape (FCI) | _____ | _____ | _____ |
| 84. | | [reserved] | _____ | _____ | _____ |
| 85. | M. Headrick | TJJD records (notice of reqt to register) (28 pages + bus rec affid) | _____ | _____ | _____ |
| 86. | G. McCarty | CR-32 form | _____ | _____ | _____ |
| 87. | A. Johnson | Miranda warnings | _____ | _____ | _____ |
| 88. | A. Johnson | Miranda warnings | _____ | _____ | _____ |
| 89. | A. Johnson | Pape's written statement | _____ | _____ | _____ |
| 90. | D. Martinez | Pape's recorded interview | _____ | _____ | _____ |
| 91. | A. Johnson M. Vanausdall | screen capture Facebook – Mark Sr | _____ | _____ | _____ |
| 92. | A. Johnson M. Vanausdall | screen capture Facebook – defendant | _____ | _____ | _____ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| 93. | K.D. Shull | Huawei records | _____ | _____ | _____ |
| 94. | T. Phan | Asus records | _____ | _____ | _____ |
| 95. | J. Willingham A. Johnson | 3ae84a9f1655214…jpg additional cp | _____ | _____ | _____ |
| 96. | J. Willingham A. Johnson | 63ee442c9c82884…jpg additional cp | _____ | _____ | _____ |
| 97. | J. Willingham A. Johnson | 9c2904cb6ba47a4…jpg additional cp | _____ | _____ | _____ |
| 98. | J. Willingham A. Johnson | 4b071a1dd130494…jpg additional cp | _____ | _____ | _____ |
| 99. | S. Pape A. Johnson | Sanyo camera (physical evidence) | _____ | _____ | _____ |
| 100. | M. Temling | Kingston thumb drive records | _____ | _____ | _____ |

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

  s/   Aisha Saleem
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 17th day of February, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: John Stickels.

        s/ Aisha Saleem
        AISHA SALEEM
        Assistant United States Attorney