IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                            No. 4:14-CR-111-Y

MARK ANTHONY PAPE (01)

**GOVERNMENT'S WITNESS LIST**

| <u>No.</u> | **Name/Position** | **Subject Matter of Testimony** | **Sworn/Testified** |
|---|---|---|---|
| 1. | Domingo Martinez<br>Fort Worth PD<br>Fort Worth, Texas | Will testify about facts surrounding investigation of Pape, seizure of evidence and statements made by Pape.<br>Probable fact witness | _____/_____ |
| 2. | James Willingham<br>Forensic Examiner<br>Fort Worth PD<br>Fort Worth, Texas | Will testify about forensic examination conducted on seized evidence including cell phones and computers, procedures used, and relevant evidence identified.   May also testify about internet activity.<br>Probable expert witness | _____/_____ |
| 3. | Mark VanAusdall<br>Fort Worth, Texas | Will testify about knowledge of Pape and facts related to investigation of Pape as well as knowledge and identification of the victim.<br>Probable fact witness | _____/_____ |
| 4. | K.D. Shull<br>Huawei<br>Plano, Texas | Will testify to interstate/foreign commerce nexus/that the Huawei phone is manufactured outside the state of Texas.<br>Probable fact/COR witness | _____/_____ |

| <u>No.</u> | **Name/Position** | **<u>Subject Matter of Testimony</u>** | **<u>Sworn/Testified</u>** |
|---|---|---|---|
| 5. | Amanda Johnson<br>Special Agent, HSI<br>Dallas, Texas | Can testify about facts related to investigation and arrest of Pape, chain of custody of evidence, and statements made by Pape.<br>Probable fact witness | _____/_____ |
| 6. | Melissa Headrick<br>Texas Juvenile Justice Department<br>Austin, Texas | Can testify about prior conviction of Pape and Pape's obligation to register as a sex offender.<br>Probable COR/fact/expert witness | _____/_____ |
| 7. | Robert Young<br>Hood County Sheriff's Office<br>Granbury, Texas | Can testify as to fingerprint comparison of Pape to prior conviction and the results.<br>Probable expert and fact witness | _____/_____ |
| 8. | Gloria McCarty<br>Tarrant County Sheriff's Office,<br>Fort Worth, Texas | Can testify about facts related to defendant's status as a registered sex offender<br>Probable fact/COR witness | _____/_____ |
| 9. | Lisa Shelden<br>Fort Worth PD<br>Fort Worth, Texas | Can testify about execution of search warrant, chain of custody, facts surrounding investigation of Pape<br>Probable fact witness | _____/_____ |
| 10. | Sgt. Jim Thomson<br>Fort Worth PD<br>Fort Worth, Texas | Can testify about execution of search warrant, chain of custody, facts surrounding investigation of Pape<br>Possible fact witness | _____/_____ |
| 11. | Sharon Pape<br>San Marcos, Texas | Can testify about knowledge of Pape, facts relating to current and previous prosecution of Pape, and evidence provided to law enforcement.<br>Probable fact witness | _____/_____ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|-----|---------------|------------------------------|-----------------|
| 12. | Tien Phan<br>Asus<br>Dallas, Texas | Will testify to interstate/foreign commerce nexus/that the Asus laptop is manufactured outside the state of Texas.<br><br>Probable fact/COR witness | _____/_____ |
| 13. | Brad Young<br>Sanyo<br>Dallas, Texas | Will testify to interstate/foreign commerce nexus/that Sanyo cameras are manufactured outside the state of Texas.<br><br>Probable fact witness | _____/_____ |
| 14. | Michael Temling<br>Kingston<br>McKinney, Texas | Will testify to interstate/foreign commerce nexus/that Kingston thumb drives are manufactured outside the state of Texas.<br><br>Probable fact/COR witness | _____/_____ |
| 15. | Christina Rogers<br>Fort Worth, Texas | Will testify to knowledge of Pape and Jane Doe, facts surrounding the investigation.<br>Probable fact witness | _____/_____ |
| 16. | Dennis Hutchins<br>Fort Worth PD<br>Fort Worth, Texas | Will testify to knowledge of facts surrounding search warrant at Pape's home.<br>Possible fact witness | _____/_____ |
| 17. | Chief Jesse Rodriguez<br>Castleberry ISD<br>Fort Worth, Texas | Will testify to knowledge of Pape's status as a sex offender and his disruptive behavior at Cato elementary school<br>Possible fact witness | _____/_____ |
| 18. | Michael Weber<br>Investigator, Tarrant County DA's Office<br>Fort Worth, Texas | Will testify to state investigation of Pape.<br>Possible fact witness | _____/_____ |

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

  s/    Aisha Saleem
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:   817-252-5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of February, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: John Stickels.

  s/   Aisha Saleem
AISHA SALEEM
Assistant United States Attorney