U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAR 1 6 2015

CLERK, U.S. DISTRICT COURT

By _____
             Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                                    No. 4:14-CR-111-Y

MARK ANTHONY PAPE (01)

## FACTUAL RÈSUMÈ

**INDICTMENT:**  Count One:
Production of Child Pornography
Count Two:
Enhanced Penalties for Registered Sex Offenders

**PLEA:**  Guilty plea to both counts

**MAXIMUM PENALTY:**

Count One:
- Term of imprisonment for not less than fifteen (15) years and not more than thirty (30) years in prison;
- a fine up to the amount of $250,000, or twice the pecuniary gain or twice the pecuniary loss;
- a term of supervised release of five (5) years up to any term of years to life. Revocation of the term of supervised release could result in an additional sentence of up to the term of supervised release;
- restitution to the victim or to the community; and
- costs of incarceration and supervision.

Count Two:
- Term of imprisonment for 10 years to run consecutive to any term of imprisonment imposed for Count One.

**ELEMENTS OF THE OFFENSE:**  In order to establish the offense alleged in Count One of the Indictment, the Government must prove the following elements beyond a reasonable doubt:

First:      That on or about February 9, 2014, the defendant did knowingly use a minor to engage in sexually explicit conduct;

Second:     The defendant acted with the intent of producing any visual depiction of such conduct; and

Third:      That the depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

For Count Two, the government must prove:

First:      That the defendant was required by state or federal law to register as a sex offender; and

Second:     The defendant committed a felony offense involving a minor under section 2251.

## STIPULATION OF FACTS:

1.     On or about February 9, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant Mark Anthony Pape did knowingly use, persuade, and entice a minor, "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, Pape used a Huawei T-Mobile MyTouch cellular phone to create the following visual depiction of a minor engaged in sexually explicit conduct:

| File Name | Description |
|---|---|
| Vid_20140209_214743[1].mp4 | A video file in which Pape is engaged in genital/genital, digital/genital, and oral/genital intercourse with a prepubescent female. |

2.     Also on or about February 9, 2014, in the Northern District of Texas and elsewhere, Mark Anthony Pape, defendant, being required by state and Federal law to register as a sex offender, did commit a felony offense involving a minor in violation of 18 U.S.C. § 2251, in that he knowingly used a minor to create a visual depiction of the minor engaged in sexually explicit conduct.

Factual Resume (Pape) - Page 2

3.     On or about April 9, 2014, Fort Worth police executed a search warrant at Pape's residence in Fort Worth, Texas.  Pursuant to the warrant, officers seized computer media and a Huawei T-Mobile MyTouch cellular phone, Serial Number E7F7ND9371301344, containing a Sandisk 8GB XD card.

4.     A forensic examination of the Huawei phone revealed the presence of a video, referenced in paragraph two, depicting Pape and a prepubescent female, approximately 6-years-old, engaged in sexually explicit conduct, to include sexual intercourse, digital penetration of the minor's genital area, and oral sexual intercourse performed by Pape on the minor.  The video was taken on or about February 9, 2014, in Pape's home, which is located in the Northern District of Texas.  At the time Pape created the sexually explicit visual depiction, he knew the female was a minor.

5.     Pape agrees that the Huawei phone, which he used to create the visual depiction of the minor engaged in sexually explicit conduct, was manufactured in China, and therefore, the visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce.

6.     At the time that Pape committed the offense of production of child pornography as previously described, Pape was also required to register as a sex offender pursuant to state law.

SIGNED and AGREED to on this the ___16___ day of ___March___, 2014.

_____
MARK ANTHONY PAPE
Defendant

_____
JOHN STICKELS
Attorney for Defendant

**Factual Resume (Pape) - Page 3**