# United States District Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| UNITED STATES of AMERICA | ) |
| vs. | ) NO: 4:14-CR-111-Y |
| MARK ANTHONY PAPE | ) |



RECEIVED
~~ 6 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

John

Please come visit me we need to talk. Also I need some info. about my brother Matthew Pape. Please do not delay as this is important.

Also please continue to try to have those Separatees taken off.

Thanks

Mark Pape

Bring his (Matthew) address and other contact info, he should be in jail somewhere.

TRULINCS 36093380 - PAPE, MARK ANTHONY - Unit: FTW-J-A

---

FROM: 36093380
TO:
SUBJECT: Certificate of Service
DATE: ███████████

Certificate of Service

I, __Mark Pape__, the undersigned mailer/server, being of sound mind, do hereby certify, attest, and affirm that the following facts are true and correct, to wit:

1. That on __04/03/__ 2015, I transmitted via carrier "USPS" to the Clerk for THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT of TEXAS FORT WORTH DIVISION, to file the foregoing __request__ and also transmitted a copy via carrier "USPS" to __John Stickels__, counsel for the defendant.

2. That I personally mailed a total of __1__ documents with a combined total of __3__ pages.

Pro Hac Vice __Mark Pape__, Mailer/Server

Name: Mark Page
Reg. No. 36093380
Federal Correctional Institution
P.O. Box 15330
Fort Worth, TX 76119

NORTHERN DIST. OF TX
FT WORTH DIVISION
2015 APR -6 PM 12:43
CLERK OF COURT

Legal Mail

Court Clerk
501 W. 10th St.
Room 310
Fort Worth TX 76102